Case 2:23-cv-01424-JLS-AFM   Document 1   Filed 02/24/23   Page 1 of 10   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1. IN THE UNITED STATES DISTRICT COURT
2. FOR THE CENTRAL DISTRICT OF CALIFORNIA
3.
4. Yahshalom B.J. Gray,
5.     Plaintiff,    Case No. 2:23-CV-0424-JLS-AFM
6.     V.    PLAINTIFF'S COMPLAINT
7. L.A. COUNTY SHERIFF DEPT.    CIVIL ACTION § 1983
8.     Defendants.
9.
10.                I.
11.       "JURISDICTION AND VENUE"
12.   1. This is a civil right action authorized by
13. Title 42 U.S.C. Section 1983 to redress the deprivation
14. under color of state law, of rights secured by
15. the Constitution of the United States, over
16. Accessive Force, Cruel and Unusual Punishment,
17. Deliberate Indifference, Campaign of Harassment,
18. Descrimination, Retaliation, Due Process, and
19. Equal Protection.
20.   2. The court has jurisdiction under 28 U.S.C.
21. Section 1331 and 1343(a)(3).
22.   3. Plaintiff seek declaratory relief are
23. pursuant to 28 U.S.C. Section 2201 and 2202.
24. Plaintiff claims for injunctive relief are
25. authorized by 28 U.S.C. Section 2283 and
26. Rule 65 of the Federal Rules of Civil Procedures.
27.   4. The U.S. District Court for the Central
28.

1. District of California is an appropriate
2. venue under 28 U.S.C. Section 1391(b)(2)
3. because it is where the events giving
4. rise to this claimed occurred.
5.
6. ## II
7. "PARTIES"
8. —Plaintiff—
9. 5. Plaintiff, Yahshalom B.J. Gray (i.e.
10. Bernardos Gray Jr.) is and was at all times
11. mentioned herein as a long time residant in
12. a very peaceful community of North Grape Ave.,
13. Compton California, antil L.A. County Sheriffs
14. booked him into L.A. County Jail on July 23, 2022,
15. under booking number: 6425030
16. —Defendants—
17. 6. Defendant, Jonathan Hill, is the Sergeant
18. under badge under: 517819, of the Los Angeles
19. County Sheriff Department. He is legally responsible for the
20. operational duties over the deputies under his rank status while
21. on shift. And hereby sued individual and official capacity.
22. 7. Defendant, Harris J., is the deputy under
23. badge number: 600699 of the Los Angeles
24. Sheriff Dept. He is legally responsible for protecting
25. residents under color of law. And is sued individual and official capacity.
26. 8. Defendant, Tobias J., is a deputy under
27. badge number: 480767 of the L.A. County

Sheriff Dept. This deputy is legally responsible to protect the community and its residents under color of law. Is hereby sued individual and official capacity.

9. Defendant, Meier F., is the deputy under badge number: 659143 of Los Angeles Sheriff Dept. This Deputy is legally responsible to protect residents mandated under color of law. Is hereby sued individual and official capacity.

10. Defendant, Butao, is the Watch Commander Lieutenant under badge number: 437472 and employed by the Century Regional Detention Facility. This Lieutenant is legally responsible for all detainees at L.A. County Jail. Is hereby sued individual and official capacity.

11. Defendant, Bautista, is the deputy under badge number: 640662, and employed by the L.A. County Sheriff Dept. in the State of California. Is hereby sued individual and official capacity.

12. Defendant, Castillo, is a deputy under badge number: 655217, and is employed by the Los Angeles Sheriff Dept. in the State of California. Hereby sued individual and official capacity.

13. Defendant, Clark, is a deputy under badge number: 600529 (283T2) and is employed by the L.A. Sheriff Dept. in the State of California. Hereby sued individual and official capacity.

-12-

## IV.

## "FACTUAL ALLEGATION"

14. Plaintiff is a long time resident of North Grape Ave. Compton California, since 1986.

15. On July 23, 2022, the Defendants of the L.A. Sheriff Dept. approached Plaintiff home residence in a very life threating manner with approximately 30 or more participating sheriff with their gun and tasers already drawn, when Plaintiff answered the nocking at his front door.

16. The Defendants, Tobias, Clark, and Hill, claimed they were called regarding a disturbance in the community.

17. Plaintiff informed these Defendants that there were several parties within his community block that day, but at his house he was home alone.

18. The Defendants asked Plaintiff could he step out the house to talk to them.

19. Plaintiff replied by asking was he under arrest?

20. The Defendants said; "No!"

21. Plaintiff replied furthermore by telling the Defendants; since he is not under any kind of arrest, he refused to talk to them, especially while they

-13-

1. got their gun and tasers drawn already.
2.   22. Plaintiff noticed all the Defendants
3. had on their body cameras.
4.   23. Plaintiff did not have nothing else
5. further to say, he closed the front
6. door.
7.   24. Plaintiff did not hear no further
8. announcements nor nocking at his front
9. door by any of the Defendants.
10.   25. Plaintiff did not know if the
11. Defendants were still in front of his
12. house. He fear that his life was in danger
13. and wanted to video record how they
14. were mistreating him.
15.   26. Plaintiff filmed with his cellphone
16. from the roof top, a brief surveillance
17. of the Defendants and participating sheriffs
18. in plane view with their threating guns
19. and tasers drawn.
20.   27. Once Plaintiff declined from his
21. roof top, Plaintiff was tased by two
22. individual taser guns that was exploded by two
23. individual Defendants at the same time,
24. striking Plaintiff directly in the back.
25.   28. Defendants then tackled Plaintiff,
26. accessively contort his lims while piling unbearable
27. amount of people weight causing Plaintiff to
28.

-14-

1. cry out as he could not gasp his breath.
2.   29. Defendants Hill, Clark, Harris and Tobias claimed in their reported under (URN # 022-09588-2813-054), that they were all involved throughout the tasing to handcuff stage of Plaintiff.
3.   30. The Defendants placed Plaintiff in the ambulance and the paramedic transfered Plaintiff to the M.L.K. Hospital.
4.   31. When the Defendants were placing Plaintiff in the ambulance and informed him that he not under arrest, he will be released after being examine by a doctor for being tased.
5.   32. The Defendants met up with Plaintiff at the ER section of the M.L.K. Hospital and asked Plaintiff if He was going to file a lawsuit? Plaintiff told them; "yes."
6.   33. After primary physician Chris Feier MD. examined Plaintiff, the Defendants then transfered Plaintiff and booked him into the L.A. County Jail, under #6425030, where Plaintiff did not received any medical treatments for his injuries.

-15-

## IV.

"PRAYERS OF RELIEF"

The court judge grant order of relief in the form of:

1) $20,000,000.00 (Twenty Million Dollars) for injuries, monetary damages, punitive damages, pain and suffering damages, emotional distress damages; reputation and embarrassment damage;

2) issued a restraining order on defendants Hill, Harris, Tobias, Meier, Butao, Bautista, Castillo, Clark and each of their officers, agents employer, and all persons acting in concert or participation with them from coming in contact with Plaintiff and his residence, and all defendants restrained from the possession and use of taser and gun, as a declaratory and injunctive relief;

3) and an emergy injunctive order for Plaintiff to immediately receive evaluation and treatment consistant with Chris Feier M.D. instruction at MLK Community Healthcare for Plaintiff's

-16-

1. Closed head injury and taser injury.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23. Dated: 2/8/23                                     *Yahshalom B.J. Gray*
24.
25.                                                               Yahshalom B. J. Gray
26.                                                               (Bernardos Gray, Jr.)
27.
28.

BERNARDOS GRAY VR. #66425030
Terminal Annex
P.O. Box 86109
L.A. Ca. 90086

1/8/23
First mail !

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 24 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LOS ANGELES CA 900
22 FEB 2023 PM 12 L

CALIFORNIA CENTRAL
G-8 UNITED STATES COURT HOUSE
312 NORTH SPRING STREET
LOS ANGELES, CA. 90012-4701

