UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHSHALOM B.J. GRAY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LA COUNTY SHERIFF DEPT., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-01424-JLS (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　The Court has reviewed the Third Amended Complaint ("TAC"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS THEREFORE ORDERED that Plaintiff's official capacity claims against Defendants are DISMISSED with prejudice and Plaintiff's Fourteenth Amendment claims against Defendants in their individual capacities are DISMISSED with prejudice.

Dated: January 14, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　United States District Judge