**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHSHALOM B.J. GRAY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>L.A. COUNTY SHERIFF DEPT., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-01424-JLS-SHK<br><br>**JUDGMENT** |

　　　Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

DATED: March 28, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　United States District Judge