UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


## CIVIL MINUTES – GENERAL

Case No.    **2:23-cv-01424-JLS-MAR**                                Date:  July 1, 2026

Title    *Yahshalom B.J. Gray v. L.A. County Sheriff Dept. et al*

Present:  The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| ERICA VALENCIA | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

On September 4, 2024, Yahshalom B.J. Gray ("Plaintiff") proceeding pro se, filed the operative Third Amended Complaint ("FAC") pursuant to 42 U.S.C. § 1983 alleging that Defendants used excessive force against him in violation of his First, Fourth, and Fourteenth Amendment rights.  ECF Docket No. ("Dkt.") 30.  The Court ordered service of the TAC on June 9, 2025, and on September 4, 2025, Defendants filed an Answer.  Dkts. 44, 75.  The Court issued a scheduling order on September 8, 2025.  Dkt. 77.

On May 5, 2026, Defendants filed a Motion for Summary Judgment.  Dkt. 79.  The due date for Plaintiff's opposition to the Motion for Summary Judgment has passed, but Plaintiff has not filed an opposition or a notice of non-opposition, or corresponded with the Court at all.  Accordingly, Plaintiff is ordered to show cause in writing **within fourteen (14) days** of this order, **by July 13, 2026** why this action should not be dismissed under Rule 41(b) for failure to prosecute.  See Fed. R. Civ. P. 41(b).  Plaintiff may discharge this order by filing an opposition or notice of non-opposition to Plaintiff's Motion for Summary Judgment.

**Plaintiff is expressly advised that failure to timely file a response to this order will result in the Motion for Summary Judgment being deemed submitted without his opposition and/or dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

| Initials of Preparer | : |
|---|---|
|  | ev |